| | |
|---|---|
| 1 | Linda M. Lawson (Bar No. 77130) |
| | llawson@mmhllp.com |
| 2 | Grant E. Ingram (Bar No. 242785) |
| | gingram@mmhllp.com |
| 3 | MESERVE, MUMPER & HUGHES LLP |
| | 1000 Wilshire Boulevard, Suite 1860 |
| 4 | Los Angeles, California 90017-2611 |
| | Telephone: (213) 620-0300 |
| 5 | Facsimile: (213) 625-1930 |
| 6 | Attorneys for Defendant |
| | RELIASTAR LIFE INSURANCE COMPANY |
| 7 | |
| 8 | Rebecca Grey (Bar No. 194940) |
| | grey@greylaw-sf.com |
| 9 | THE GREY LAW FIRM, PC |
| | 177 Post Street, Suite 750 |
| | San Francisco, CA 94108 |
| 10 | Telephone: (415) 262-9926 |
| | Facsimile: (415) 262-9981 |
| 11 | |
| 12 | Attorneys for Plaintiff |
| | TERRY MOORE |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| TERRY MOORE, | Case No. 3:18-cv-05481-SI |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** |
| vs. | **[P~~ROPOSE~~D] ORDER THEREON** |
| VOYA FINANCIAL, INC., a New York corporation; and RELIASTAR LIFE INSURANCE COMPANY, a Minnesota corporation, | Judge: Susan Illston |
| | Ctrm: 1, 17th Fl. |
| Defendants. | Complaint Filed: September 7, 2018 |

IT IS HEREBY STIPULATED, by and between Plaintiff TERRY MOORE and Defendant RELIASTAR LIFE INSURANCE COMPANY, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each Party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken

| | |
|---|---|
| 1 | off the Court's calendar. |
| 2 | The Parties seek the Court's approval of the dismissal of the action with prejudice. |
| 3 | **IT IS SO STIPULATED.** |

Dated: December 20, 2018              Rebecca Grey
                                     THE GREY LAW FIRM, PC


                                     By:   */s/ Rebecca Grey*
                                           Rebecca Grey
                                           Attorneys for Plaintiff
                                           TERRY MOORE


Dated: December 20, 2018              Linda M. Lawson
                                     Grant E. Ingram
                                     MESERVE, MUMPER & HUGHES LLP


                                     By:   */s/ Grant E. Ingram*
                                           Grant E. Ingram
                                           Attorneys for Defendant
                                           RELIASTAR LIFE INSURANCE
                                           COMPANY

## **FILER'S ATTESTATION**

The filing attorney's firm attests that they've obtained concurrence regarding the filing of this document and its content from the signatories of this document.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

2

Case No. 3:18-cv-05481-SI
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER

# **ORDER**

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:18-cv-05481-SI, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: 12/26/18

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE